IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHSEN KHOSHMOOD
1338 R. Street, NW, Apt. 217
Washington, DC 20009

    Plaintiff

v.

CHASE BANK USA, N.A.
3415 Vision Dr. OH4-7120
Columbus, OH 43219

    Defendant.

Case No.

## NOTICE OF REMOVAL

Defendant, Chase Bank USA, N.A. (incorrectly identified in the caption as "Chase Bank") ("Chase"), by and through its undersigned counsel, hereby provides Notice pursuant to 28 U.S.C. §§ 1441 and 1446 of its removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. Removal is based on 28 U.S.C. §§ 1331 and 1332. In support of this Notice of Removal, Chase states as follows:

1.    On or about October 6, 2017, Plaintiff Mohsen Khoshmood ("Plaintiff") commenced this action against Chase by filing an Amended Complaint in the Superior Court of the District of Columbia (the "Superior Court Action").[1] The Superior Court Action was assigned Case No. 2017 CA 004498 B. In his Amended Complaint, Plaintiff seeks to recover $1,000,000 from Chase. Chase received a copy of the Amended Complaint, Summons, and Notice on October 17, 2017. No other orders or pleadings have been served upon Chase.

---

[1] Plaintiff previously filed a Complaint against "CP Corporation." In the Amended Complaint, Plaintiff seeks to remove CP Corporation and add Chase as a Defendant.

1

2.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other documents served upon Chase are attached hereto as **Exhibit A.**

## I.     Removal Based on Diversity Jurisdiction

3.      Pursuant to 28 U.S.C. § 1332(a), a district court has original diversity jurisdiction over civil actions where the action is between citizens of different states, and the amount in controversy exceeds the sum or value of $75,000. This case is properly removed to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1441(a) and (b) as diversity jurisdiction is established under 28 U.S.C. § 1332(a) for the reasons set forth below:

Plaintiff and Chase Are Completely Diverse

4.      As pled in the original Complaint, Plaintiff is a citizen of the District of Columbia. *See* Exhibit A, Compl., at 1.[2] By contrast, Chase is a national bank, federally chartered and existing under the laws of the United States, with its main office in the state of Delaware. Accordingly, Chase is a citizen of the state of Delaware for purposes of 28 U.S.C. § 1332. *See, e.g., Wachovia Bank, N.A. v. Schmidt, III*, 546 U.S. 303, 307 (2006) (holding that a national bank is "located," for diversity jurisdiction purposes, in the state designated in its articles of association as its main office); 28 U.S.C. § 1348 (stating that a national bank is a citizen of the state in which it is "located"); *Davis v. Chase Bank USA, N.A.*, 453 F. Supp. 2d 1205, 1208 (C.D. Cal. 2006) ("Chase is a Delaware citizen."). Because Plaintiff and Chase are "citizens of different states," there is complete diversity between the parties.

The Amount in Controversy Exceeds $75,000

5.      The amount in controversy requirement for Plaintiff's claims is also satisfied. Plaintiff asserts that he is entitled to one million dollars ($1,000,00.00). *See* Exhibit A, Am.

---

[2] In the caption, Plaintiff lists his residence as 1338 R. Street, NW, Apt. 217, Washington, D.C. 20009.

2

Compl., at 1. Therefore, according to Plaintiff's own allegations in the Amended Complaint, the amount in controversy exceeds the sum or value of $75,000, exclusive of fees and costs, as required by 28 U.S.C. § 1332(a). *See* 28 U.S.C. § 1446(c)(2).

## II.     Removal Based on Federal Question Jurisdiction

6.    Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction of "all civil actions arising under the Constitution, laws, or treaties of the United States." Plaintiff's Amended Complaint only states that he is adding Chase as a defendant in this matter. Presumably he intends to assert the claims, if any, articulated in his original Complaint against Chase. It appears that Plaintiff is attempting to assert a claim under the Fair Credit Reporting Act ("FCRA") 15 U.S.C. § 1681, *et seq*. He seems to allege that Chase reported incorrect information concerning his credit which negatively affected his credit report. *See* Exhibit A, Compl. The Fair Credit Reporting Act pre-empts any state law claim premised on these allegations in the Complaint. *See* 15 U.S.C. §§ 1681h(e) and 1681t(b)(1)(F). Therefore, removal to this Court is proper.

## III.     Chase Has Satisfied the Procedural Requirements for Removal

7.    Removal to this Court is proper. Pursuant to 28 U.S.C. §§ 1446(a) and 1441(a), this Notice of Removal is being filed in the United States District Court for the District of Columbia and the Superior Court of the District of Columbia is located within the District of Columbia.

8.    Removal is timely. Chase received a copy of the Complaint and Summons on October 17, 2017. This Notice of Removal is being filed with the United States District Court for the District of Columbia on October 30, 2017, within thirty (30) days after receipt by Chase of the Complaint and Summons. *See* 28 U.S.C. § 1446(b).

9. Pleadings and process. Contemporaneously filed herewith are copies of all process, pleadings and orders received by Chase in the Superior Court Action. *See* **Exhibit A.** Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served upon Plaintiff and a copy is being filed with the Clerk of the Superior Court of the District of Columbia. *See* Notice of Filing Notice of Removal, attached as **Exhibit B.**

10. No previous application has been made for the relief requested herein.

WHEREFORE, having satisfied all the requirements for removal under 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Defendant Chase respectfully serves notice that the above-referenced civil action, now pending in the Superior Court of the District of Columbia, is removed therefrom to the United States District Court for the District of Columbia.

Dated: October 30, 2017

Respectfully submitted,

Sasha E. Hodge-Wren (DC Bar 976342)
Miles & Stockbridge, P.C.
1500 K Street, NW
Suite 800
Washington, DC 20005
(202) 465-8424
shodgewren@milesstockbridge.com

*Counsel for Chase Bank USA, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2017, a copy of the foregoing Notice of Removal was served on the Clerk of Court using the CM/ECF system and sent via first-class mail, postage prepaid, to:

Mohsen Khoshmood
1338 R. Street, NW Apt. 217
Washington, DC 20009

_____
Sasha E. Hodge-Wren